**Exhibit A to the Complaint**

**Location:** Brooklyn, NY  
**Total Works Infringed:** 53

**IP Address:** 74.73.226.180  
**ISP:** Spectrum

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 55A60F37E6535B4284591F0F2FA21A011106F1C9 | 10/02/2018 03:55:58 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 2 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | 06/19/2018 04:18:17 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 3 | 06A0AA871C38B22364679C407392C4C580DAB699 | 06/26/2018 09:02:18 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 4 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | 06/22/2018 04:26:05 | Tushy | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 5 | 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687 | 09/09/2018 06:31:59 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 6 | 1562051A82BF38DF5A876319EF81058CD3571E80 | 06/15/2018 20:22:55 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 7 | 1BC8C1ADCAA75C3EC9408C8CCBF5147863205E6C | 06/26/2018 09:21:19 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 8 | 1E79012EA790BB16A1AA00268C5E8C5898F28C57 | 06/26/2018 09:01:57 | Vixen | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 9 | 1EEDF3FFAEA584261456829653D7AAA93CF490BF | 09/25/2018 09:51:47 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 10 | 1F1523CE21888D1021051942687079E80D7FEAF9 | 06/19/2018 05:08:40 | Tushy | 11/07/2017 | 11/30/2017 | PA0002097995 |
| 11 | 209ADEA84CE0566D845611964D4E17054104ACA5 | 09/07/2018 12:50:32 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 12 | 245E7595EAF9BD032DBBCC7121C46D91F6011AA6 | 06/15/2018 20:16:45 | Tushy | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 13 | 2792CFE99C40641407BFC00440005D0FBAC48D6F | 08/05/2018 10:28:24 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 14 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | 07/02/2018 04:23:44 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 15 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | 06/15/2018 20:23:06 | Tushy | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 16 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | 06/26/2018 09:26:37 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 17 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | 06/23/2018 12:09:07 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 42FB29936F0773461AB894640E5895EE9B843742 | 08/05/2018 10:28:24 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 19 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | 06/19/2018 05:59:29 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 20 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | 06/22/2018 04:35:03 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 21 | 518A4806C0BFEB6946ACDB5F37D2F08C4F2DD5A5 | 08/24/2018 04:42:39 | Vixen | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 22 | 572F4FEFE274F03B2284D4B553E1AF31458D1213 | 07/16/2018 05:10:51 | Vixen | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 23 | 58B6049EC26E6CD94CEB57074B98D694A79D7FD2 | 07/17/2018 00:57:15 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 24 | 5EFCC9880947C80F73A6CDD0B960C1FEFA5E846A | 06/29/2018 11:13:48 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 25 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | 06/19/2018 05:59:21 | Vixen | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 26 | 71D6E61978F0BB72BE18F7156D2FE0D1BAE6F1A4 | 08/26/2018 05:02:18 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 27 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | 06/21/2018 04:04:29 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 28 | 85D5FBF147E9471F935771CE52471E3036270454 | 06/15/2018 20:17:52 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 29 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 06/26/2018 09:37:18 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 30 | 8F03FA9E680017CA67C0D7E1B21D71FE66A12D3A | 07/17/2018 00:56:43 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 31 | 93549317257A2157F77D68D6A18E486F3C583672 | 06/26/2018 08:49:24 | Tushy | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 32 | 998623B33E9FC498F631629393AB05D3062524D8 | 09/07/2018 12:43:54 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 33 | A1DCE8522CD19C6338A6B7B7634672CADE4A1E61 | 08/12/2018 05:03:21 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 34 | B179C6AD67E7A2BD557550C6AAB39E540342B1F6 | 08/21/2018 03:54:11 | Tushy | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 35 | C41B70E56CE88C9F87E9281830281168065466FF | 10/10/2018 03:30:54 | Tushy | 10/03/2018 | 11/01/2018 | PA0002143432 |
| 36 | C4705CDBE06284FCCC4E7C0AFA85554E5CE10645 | 06/15/2018 20:02:58 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | 06/26/2018 09:22:07 | Tushy | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 38 | C6DDF3976CFD5292AD02D25EF2055C8AA5F77317 | 09/09/2018 04:28:22 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 39 | CA57AD217FC0DDFE493B427D8CBEE4FD061DF02D | 06/22/2018 04:34:53 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 40 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | 06/19/2018 05:13:36 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 41 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | 06/26/2018 08:59:31 | Vixen | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 42 | D4BB512F8C0AE6A2925772036D1AD41CDC088861 | 10/02/2018 04:08:15 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 43 | DE7E2745CA9852B9211F2FA9E25B9E5580F43C6E | 07/17/2018 00:58:25 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 44 | EA3A1459FD63ECD6B26644B90833EB3BD0C7E235 | 06/20/2018 06:09:32 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 45 | EF30CEA47B180A82FCDB40E4429B9280786CBDCE | 06/15/2018 20:01:59 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 46 | EFDB886D8D69B8D7CC31153066C52424FA716283 | 07/16/2018 05:16:12 | Vixen | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 47 | F29F8BFA625303010336ADE093A1C92C6B77DB05 | 07/16/2018 05:10:40 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 48 | F3503DF2F7A91146244D2C9E7A79E1A34C966402 | 08/05/2018 10:20:40 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 49 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 06/15/2018 18:49:20 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 50 | F518524A3E8B5819DB451A88F725D979F728EC34 | 08/16/2018 05:34:40 | Vixen | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 51 | F65174659F507F514D438D369F6229088061F3FC | 06/26/2018 08:59:35 | Vixen | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 52 | F6CE08796E7200EA0845FF9313369CF337C207BF | 08/12/2018 05:04:00 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 53 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | 10/07/2018 03:53:49 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |